IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Michael E. Hamm, | ) | Civil Action No. 9:15-4079-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Holly Scaturo, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's motion for voluntary dismissal without prejudice be granted. Plaintiff moves to dismiss because he believes his claims in this case conflict with his claims in a pending state case. The Court agrees with the Magistrate Judge's conclusion that "[i]f Plaintiff wishes to dismiss his case, he should be allowed to do so." The Court also agrees that, in light of Plaintiff's pro se status, the dismissal should be without prejudice.

The Court therefore **ADOPTS** the Report and Recommendation of the Magistrate Judge as the Order of the Court and **DISMISSES WITHOUT PREJUDICE** the complaint.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

December 22, 2016
Charleston, South Carolina